**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAM SU,

        Plaintiff,

-vs-                 Case No. 6:05-cv-131-Orl-28JGG

ELECTRONIC ARTS, INC.,

        Defendant.

___

**ORDER WITH RESPECT TO NOTICE OF**
**PENDENCY AND SETTLEMENT OF COLLECTIVE ACTION**

  Plaintiff Tam Su has alleged in this action brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §207, *et seq.*, that he and other persons employed by Defendant Electronic Arts Inc. in Florida as Assistant Artists or Associate Artists are owed unpaid overtime compensation by Electronic Arts. The Court has been advised by counsel for the parties that they have reached agreement settling the action pursuant to the terms of a Stipulation and Settlement Agreement that was filed with the Court on or about February 20, 2006. Counsel ask the Court to enter an order pursuant to which all persons employed by Defendant as Assistant Artists or Associate Artists between April 30, 2003 and October 30, 2005 will be given notice of the pendency of the action and of the settlement reached between Plaintiff Tam Su and Defendant, so that such persons will have an opportunity to join the action and to participate in the Settlement if they choose to do so.

  Counsel for the parties have submitted to the Court a proposed form of Notice of the pendency of the action and of the settlement reached between Plaintiff Tam Su and Defendant, along with a proposed Opt-In and Notice of Consent Form and a proposed Claim Form. The

parties propose that such documents be mailed to all persons who worked for Defendant in Florida as Assistant Artists or Associate Artists during the period April 30, 2003 through October 30, 2005, and that such persons be given a period of 60 days from mailing within which to return to a Settlement Administrator copies of the Opt-In and Notice of Consent Form and Claim Form if they wish to participate in the Settlement. The parties also propose that if any person to whom notice is sent should wish to file an opposition to any portion of the Settlement, such opposition be filed within the same sixty-day period.

After considering the papers submitted in support of the motion and hearing oral argument of the parties and Defendant's consent to the motion, the Court **ORDERS** the following:

1. On or before April 25, 2006, Rosenthal & Company, the Settlement Administrator selected by the parties, shall mail copies of the Notice, Opt-In and Notice of Consent Form and Claim Form in the forms annexed to this Order as Exhibits A, B, and C to all persons who were employed by Defendant in Florida as Assistant Artists or Associate Artists at any time between April 30, 2003 and October 30, 2005. The Settlement Administrator shall mail these documents to each such person at the last known mailing address maintained in Defendant's records, or at such subsequent address as may be determined by the Settlement Administrator through research of publicly available internet databases.

2. Should any mailings by the Settlement Administrator be returned by the Postal Service as undeliverable, the Settlement Administrator shall use its best efforts to update the address of the individual to whom the mailing was sent, using publicly available internet databases, and shall resend the mailing to any such new address within three days of receipt of the returned mail.

3. Any person to whom Notice is sent who wishes to participate in the Settlement shall return his or her Opt-In and Notice of Consent Form and Claim Form to the Settlement Administrator, postmarked no later than June 26, 2006 or no later than July 10, 2006 if the Settlement Administrator's first mailing was returned to the Settlement Administrator as undeliverable.

4. Any person who wishes to object to any aspect of the proposed Settlement shall mail his or her objections to counsel for Plaintiff Tam Su so that they are received on or before July 15, 2006. Counsel for Plaintiff Tam Su shall file and serve with the Court one or more notices of appearance on behalf of additional Plaintiffs. an Amended Complaint naming all Plaintiffs who have appeared in this action, as well as any objections to the settlement, no later than July 25, 2006.

5. Twenty-one (21) days prior to the sixtieth day following the first mailing of the Notice by the Settlement Administrator, the Settlement Administrator shall send a reminder mailing to all persons to whom Notice was sent from whom the Settlement Administrator has not yet received Opt-In and Consent Forms or Claim Forms.

6. The Court will hold a hearing at 9:30 a.m. on Tuesday, August 15, 2006 to consider whether to approve the Settlement reached between the parties and to consider the application of Plaintiffs' counsel for attorneys' fees, expenses and payment of an incentive award to Plaintiff Tam Su.

7. The Court confirms Rosenthal & Company as the Settlement Administrator.

8. The Court approves as to form and content of the the Notice attached to this Order as Exhibit A, the Opt-In and Notice of Consent Form annexed to this Order as Exhibit B, and the

Claim Form attached to this Order as Exhibit C. The Court finds that the dates selected for the mailing and distribution of the Notice, Opt-In and Notice of Consent Forms and Claim Forms set forth are adequate.

9. To the extent that Plaintiff's motion [Docket No. 42] seeks preliminary approval of the settlement, the motion is **DENIED** as premature. The Court will not evaluate the fairness of the settlement until all Plaintiffs have appeared in the action, and have had an opportunity to object to the terms of the settlement.

**DONE and ORDERED** in Orlando, Florida on April 12th, 2006.

James G. Glazebrook
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties