# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TAM SU,**

**Plaintiff,**

**-vs-**                                                    **Case No.  6:05-cv-131-Orl-28JGG**

**ELECTRONIC ARTS, INC.,**

**Defendant.**

---

# ORDER

This case is before the Court on Plaintiffs' Consent Motion For Final Approval Of Proposed Settlement, For An Award Of Attorneys' Fees and Costs, and An Incentive Payment For Representative Plaintiff Tam Su (Doc. No. 60) filed August 1, 2006.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.     That the Report and Recommendation filed August 29, 2006 (Doc. No. 65) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     Plaintiffs' Consent Motion For Final Approval Of Proposed Settlement, For An Award of Attorney's Fees and Costs, and An Incentive Payment to Representative Plaintiff Tam Su (Doc. 60) is **GRANTED.**

3.    The Settlement Agreement entered into by the parties (Doc. 44, Ex. 2) is deemed fair and is approved.

4.    The amount of attorneys' fees and costs, settlement administration fees, and incentive award to Plaintiff Tam Su (Doc. 60-1 at 2, 5) is approved.

5.    This case is **DISMISSED** with prejudice.

6.    The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2 0___ day of September, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-